IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID SPARKS                              :        FILED        CIVIL ACTION

     v.                                      :     JAN 3 0 2015

JOHN KERESTES, et al.                     :     MICHAEL E. KUNZ, Clerk     NO. 13-3636
                                                  By ——————— Dep. Clerk

## ORDER

AND NOW, this 30ᵗʰ day of JANUARY , 2015, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

## ORDERED

    1.    The Report and Recommendation is **APPROVED** and **ADOPTED**.

    2.    Petitioner's Motion to Stay and Abey Habeas Proceedings for Exhaustion of State Remedies (Doc. No. 10) is **GRANTED**, and the instant habeas petition is stayed and held in abeyance until the resolution of pending related state court proceedings.

    3.    Petitioner and respondents shall monitor the state court proceedings and immediately notify this court upon their conclusion.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY,  J.