IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID SPARKS, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN KERESTES, et al., | : | NO.   13-3636 |
| Respondents. | : | |

**ORDER**

AND NOW, this 16th day of June, 2022, upon review of Petitioner's Unopposed Motion to Stay and Abey (Doc. 45), and with the consent of Respondents, **IT IS ORDERED** that Petitioner's motion **IS GRANTED** and that:

1. The deadlines set in the Court's prior Order setting forth a briefing schedule (Doc. 43) **ARE SUSPENDED;**

2. The matter shall remain **STAYED** pending the litigation of the counseled PCRA petition filed in the Court of Common Pleas on June 9, 2022; and

3. The parties **SHALL PROVIDE** joint status reports regarding the progress of the state proceedings every 90 days.

**IT IS SO ORDERED.**

BY THE COURT:

 /s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE